UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IFEANYI J. ELECHI

    Plaintiff,

V.                                      CIVIL ACTION NO
                                        8:10-CV-03521-PJM

AARGON AGENCY, INC.

Defendant.                                MARCH 29, 2011

## NOTICE OF SATISFACTION OF JUDGEMENT

The Plaintiff asks the Clerk to enter a satisfaction of Judgment, as the Defendant has paid in full.  Total Judgment $2,350.00.

                                                        THE PLAINTIFF

                                                   BY/S/Bernard T. Kennedy
                                                 Bernard T. Kennedy, Esquire
                                                 The Kennedy Law Firm
                                                 P.O. Box 657
                                                 Edgewater, MD 21037
                                                 Ph   (443) 607-8901
                                                 Fax (443) 607-8903
                                                 Fed. Bar # Md26843
                                                 bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 3/29/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy